JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     **INDICTMENT**

  - v. -                              :     07 CRIM 1015

MICHAEL DEDE,
 a/k/a "Bart,"
 a/k/a "Sunshine,"               :

               Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.  From at least in or about 2004 through in or about August 2006, in the Southern District of New York and elsewhere, MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 05 2007

<u>Overt Acts</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

 a. At various times during the summer of 2005, in Yonkers, New York, MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, sold heroin to another individual.

 b. On or about June 12, 2006, in the Bronx, New York, MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, engaged in a narcotics transaction with another individual.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL DEDE,
a/k/a "Bart,"
a/k/a "Sunshine,"

Defendant.

### INDICTMENT

07 Cr.

(21 U.S.C. §§ 812, 841(a)(1), and
841(b)(1)(A).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*Filed indictment. Case assigned to Judge Kaplan.*
*— Francis, J.*
*11/5/07*
*SRM*