**VENABLE**®LLP

The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07
```

~~~~ C. Ewing, Jr.         (212) 307-5500         lcewing@venable.com

# MEMO ENDORSED

November 15, 2007

**BY HAND**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:  United States v. Michael Dede, No. 07 Cr. 10105 (LAK)

Dear Judge Kaplan:

    We represent the defendant, Michael Dede, in the above-referenced action. I write to respectfully request that Mr. Dede be allowed to travel to the District of Massachusetts for a family vacation Thanksgiving week. Pre-Trial Services and the Government have no objection to this request.

    Mr. Dede, his wife, Cynthia, their children and his and Cynthia's mothers have planned a vacation in Hancock, Massachusetts for the week of Thanksgiving, leaving Saturday, November 17, 2007 and returning Saturday, November 24, 2007. The booking confirmation and detailed contact information for the vacation is enclosed herewith, and Mr. Dede would also be reachable via his wife's mobile phone at (646) 372-0912. Please note that this vacation was confirmed on July 27, 2007, prior to Mr. Dede's arrest.

    I have spoken with United States Attorney, Todd Blanche, and he has no objection to allow Mr. Dede to travel for this scheduled holiday. I also have spoken with Mr. Dede's Pre-Trial Services Officer, Jason Lerman, who likewise has no objection to Mr. Dede's vacation request.

    Accordingly, we respectfully request that Your Honor allow Mr. Dede to travel to the District of Massachusetts for this family holiday, and we advise Your Honor that all other conditions of Mr. Dede's bail agreement remain in full force and effect.

    Thank you for your attention to this matter.

[Handwritten annotation in right margin: Application granted. [signature] [illegible] Prot I 11/17/07]