# EXHIBIT A

Approved: _____
WILLIAM C. KOMAROFF
Assistant United States Attorney

**ORIGINAL**

Before:   HONORABLE HENRY PITMAN
          United States Magistrate Judge
          Southern District of New York

**07 MAG 1252**

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :           SEALED COMPLAINT
                                  :
MICHAEL DEDE,                     :           Violation of
  a/k/a "Bart,"                   :           21 U.S.C. § 846
  a/k/a "Sunshine,"               :
                                  :           COUNTY OF OFFENSE:
          Defendant.              :           BRONX
                                  :
- - - - - - - - - - - - - - - - - x


SOUTHERN DISTRICT OF NEW YORK, ss.:

        THOMAS E. GERGLEY, being duly sworn, deposes and says
that he is a Detective in the New York City Police Department,
and charges as follows:

                            COUNT ONE

        1.   From at least in or about 2004 through in or about
August 2006, in the Southern District of New York and elsewhere,
MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, and
others known and unknown, unlawfully, intentionally and knowingly
did combine, conspire, confederate and agree together and with
each other to violate the narcotics laws of the United States.

        2.   It was a part and an object of the conspiracy that
MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, and
others known and unknown, would and did distribute and possess
with intent to distribute 1 kilogram and more of mixtures and
substances containing a detectable amount of heroin, in violation
of Title 21, United States Code, Sections 812, 841(a)(1) and
841(b)(1)(A).

        (Title 21, United States Code, Section 846.)

        3.   I am a Detective in the New York City Police
Department ("NYPD"), and I have been personally involved in the
investigation of this matter. This affidavit is based upon my

own observations, my conversations with other law enforcement
agents and others, and my examination of reports and records.
Because this affidavit is being submitted for the limited purpose
of establishing probable cause, it does not include all the facts
that I have learned during the course of my investigation.  Where
the contents of documents and the actions, statements and
conversations of others are reported herein, they are reported in
substance and in part, except where otherwise indicated.

　　　　　4.    On or about August 22, 2006, two co-conspirators,
not named as defendants herein, ("CC-1" and "CC-2") were arrested
in the Bronx, New York.

　　　　　5.    CC-1 has pled guilty in federal court, pursuant to
a cooperation agreement, to conspiring to distribute heroin in
the Bronx and elsewhere.  CC-1 is providing information in hopes
of receiving a reduced sentence.  The information provided to
date by CC-1 has in many instances been corroborated and has
proven to be reliable.

　　　　　6.    According to CC-1, MICHAEL DEDE, a/k/a "Bart,"
a/k/a "Sunshine," the defendant, supplied him with heroin in
various periods, including from in or about 2004 through August
2006.  Typically, DEDE supplied the heroin in bulk, i.e. not
packaged for retail sale.  According to CC-1, he and CC-2 would
obtain heroin from DEDE in amounts ranging from 100 to 700 grams
at a time 4 to 5 times a month.  CC-1, CC-2 and others would
package the heroin into retail amounts and supply this heroin to
street level drug spots throughout the Bronx and Manhattan.  DEDE
charged between $65 and $68 dollars per gram, and provided the
heroin to CC-1 and CC-2 on consignment.

　　　　　7.    According to CC-1, MICHAEL DEDE, a/k/a "Bart,"
a/k/a "Sunshine," the defendant, drove, among other automobiles,
a Silver Dodge Durango.  In addition, CC-1 indicated that on
several occasions, he met with DEDE to pick up heroin and drop
off money in the vicinity of 2803 Morris Avenue, Bronx, New York.

　　　　　8.    CC-1 was shown a photo array containing a picture
of MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant.
CC-1 identified DEDE as "Michael Dede" and indicated that he also
knew the defendant as "Bart" and "Sunshine."

　　　　　9.    CC-2 has also pled guilty in federal court,
pursuant to a cooperation agreement, to conspiring to distribute
heroin in the Bronx and elsewhere.  CC-2 is providing information
in hopes of receiving a reduced sentence.  The information
provided to date by CC-2 has in many instances been corroborated

2

and has proven to be reliable.

10.    According to CC-2, MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, supplied him and CC-1 with heroin on a regular basis.    CC-2 estimated that DEDE supplied on average about 200 to 500 grams at a time.

11.    CC-2 identified 219 Bronx River Road, apartment 3-H, Yonkers, New York as a location at which he sometimes met DEDE to pick up drugs and drop off money in payment for drugs.    Based on a law enforcement database I have consulted, 219 Bronx River Road, apartment 3-H, Yonkers, New York is the residence of "Michael Dede" and "Cynthia Diaz."    According to both CC-1 and CC-2, Cynthia Diaz resides with DEDE.

12.    CC-2 was shown a photo array containing a picture of MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant. CC-1 identified DEDE as "Michael Dede" and also indicated that he knew DEDE as "Bart".    CC-2 also indicated that he has observed DEDE driving a newer model Silver Dodge Durango.

13.    According to both CC-1 and CC-2, when they needed to communicate with DEDE concerning drug transactions, CC-1 typically placed calls from pay phones to DEDE at telephone number 646-372-0913 (the "Defendant's Cellphone"), and CC-2 typically used his cellphone to communicate with DEDE at the same telephone number via the point-to-point feature of his cellphone.

14.    I have reviewed telephone company records for the Defendant's Cellphone.    The phone is subscribed in the name "Cynthia Diaz" at 219 Bronx River Road, apartment 3-H, Yonkers, New York.    For the period July 2005 through August 2006, there were approximately 216 point-to-point calls between the Defendant's Cellphone and the telephone used by CC-2.    According to those same records, from November 2004, through August 2006, there were approximately 355 standard calls between the Defendant's Cellphone and the telephone used by CC-2.

15.    On or about June 12, 2006, a fellow detective ("Detective #1) was conducting surveillance of CC-1, who was driving.    He followed CC-1 to the vicinity 2803 Morris Avenue, Bronx, New York.    There, CC-1 got out of his vehicle and met with an individual in a 2005 Gray Dodge Durango with New York registration number AUW 4865.    Detective #1 observed the two have a 10 minute conversation and then observed CC-1 get out of the Durango and drive away in his own vehicle.    I subsequently showed Detective #1 a photo array containing photographs of six individuals, included MICHAEL DEDE, a/k/a "Bart," a/k/a

3

"Sunshine," the defendant, and Detective #1 identified DEDE as the individual he observed meet with CC-1 on or about June 12, 2006.  The Durango with NY registration AUW 4865 is registered to "Cynthia Diaz," 219 Bronx River Road, apartment 3-H, Yonkers, New York.

WHEREFORE, deponent prays that a warrant be issued for the arrest of MICHAEL DEDE, a/k/a "Bart," a/k/a "Sunshine," the defendant, and that he be arrested, imprisoned or bailed, as the case may be.

THOMAS E. GERGLEY
DETECTIVE
NEW YORK CITY POLICE DEPARTMENT

[JUL 3 1 2007]

Sworn to before me this
3 1 day of July 2007

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

HENRY PITMAN
United States Magistrate Judge
Southern District of New York

4