UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
         -against-                 :
                                   : 07-Cr-1015 (LAK)
MICHAEL DEDE,                      :
                                   :
              Defendant.           :
                                   :
------------------------------------x


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 4th day of December 2007 (and again on the 5th day of December 2007, due to ECF filing error), I caused to be served on AUSA Todd Blanche, via ECF, true copies of Defendant Michael Dede's Notice of Pre-Trial Motion and Memorandum of Law in Support of request for early disclosure of Brady/Giglio material pursuant to this Court's case management discretion.

_____
LIAM C. EWING, JR.