UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

           -against-                    07 Crim. 1015 (LAK)

MICHAEL DEDE,

           Defendant.

------------------------------------------------------------x

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 12/20/07]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant's motion (DI 16) is denied in all respects. Defendant failed to comply with S.D.N.Y. Crim. R. 16.1. Alternatively, the motion is denied substantially for the reasons set forth in the government's opposition except as to the matter raised in Point II of defendant's memorandum, which is denied on the ground of mootness.

       The Court excludes time from this date until February 13, 2008 for Speedy Trial Act purposes, finding that the interests of justice served thereby, including the defendant's interests in investigating the government's cooperating witnesses and preparing for trial, outweigh the interests of the defendant and the public in a speedy trial.

       SO ORDERED.

Dated:     December 20, 2007

                                          _____
                                                 Lewis A. Kaplan
                                           United States District Judge