# VENABLE LLP

The Chrysler Building
405 Lexington Avenue
The Sixty-Second Floor
New York, New York 10174

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

William H. Devaney          (212) 307-5500          whdevaney@venable.com

January 31, 2008

**BY HAND**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/4/08

Re:   United States v. Michael Dede, No. 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

We represent Michael Dede in the above-referenced matter. Enclosed please find two subpoenas which we respectfully request be "So Ordered" by Your Honor  The reason that we request this from Your Honor is because the subpoenas are to be issued to the MDC-Brooklyn and the Queens Detention Center.

In the event Your Honor authorizes these subpoenas, we also respectfully ask that we be contacted at the above phone number such that we may pick up the subpoenas for immediate issuance to the detention facilities.

Thank you for you consideration of these requests and please contact me for any reason.

Respectfully requested,

William H. Devaney (WD 0563)
Liam C. Ewing, Jr. (WE 3781)

Enclosures

*[Handwritten note:] Denied without prejudice to renewal on notice to the Government.*

*SO ORDERED*

LEWIS A. KAPLAN, USDJ
2/4/08