# EXHIBIT N

Carlos Juan Rivera

New York, New York 10029

May 3, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Carlos Juan Rivera and I am Michael Dede's older brother. I am writing this to show my support for him in his upcoming sentencing. I understand that my brother Michael was convicted after a jury trial of a felony narcotics charge.

Although I moved out of our house when Michael was only fifteen and I am not as involved in family gatherings and celebrations as much as I would like to, I have always maintained an open line of communication with Michael. I am very proud of the milestones my brother has reached in his life. As a kid, he was always very determined. We always spoke about the importance of hard work and what it really meant to be a man. We also have a lot of fun memories as children. I remember teaching him, our youngest brother David, and my niece Monique how to break dance. Michael was always shy, but through dancing he always opened up and shined. He was actually very good. Michael was always close with me and his other brother and sisters. He never complained about helping around the house or running errands. I clearly remember him volunteering to make the store runs when our younger brother David was resistant. He always looked out for his family.

As Michael got older, the roles reversed. As a grown man, my brother has always been someone I could call when I needed him. I never worried about how he would feel if I asked him for help after months of not speaking to him. Michael always acted as if we had spoken the day before. There was a time I called him because I was having trouble with the car I used to get to work and he came right away. He checked the car, went with me to the auto store, helped me replace the damaged piece and then went back home. We had not spoken in months, but that did not matter. Another time, I called him to say hello and I mentioned that my teenage son was getting into trouble at school. That weekend, my brother came by unexpected, picked up my son and spent some time with him. I knew he had come by to talk to him with regards to what I had mentioned on the phone that week. Months had passed since that weekend, but we always remain close brothers.

My brother may be the youngest son, but he assumed my role of eldest son at a very young age. He has always been a family man whose main concern is our family's wellbeing. I may not play a very active part in my family's daily lives, but they know I love them very much and I know that my family will suffer a great loss without Michael. It hurts me tremendously to imagine what they are feeling when I myself am feeling crushed. I feel like something terrible has just happened to my own son. I ask that you please take this letter into consideration when sentencing my brother Michael and I am hopeful that you will give him the least sentence possible. Thank you.

Respectfully submitted,

Carlos Juan Rivera

# EXHIBIT O

Jason Moreta

Yonkers, New York 10705

April 15, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Jason Moreta and I am Michael Dede's nephew. I have known him since the day I was born. He has been nothing but a role model my whole life. I am writing this letter to support my uncle in his upcoming sentencing.

I am aware and understand that my uncle has been convicted after a jury trial of a felony narcotics charge.

As I stated before, I have known Michael Dede my whole life. He is my uncle from my mother's side. He has been there for me whenever I needed him and has shown me what it is be a true man. His family is a huge part of his life and it's all he has been living for since his first son. My uncle is a good man and is the type of person you can always count on. His conviction and incarceration has done nothing but cause pain and hardship for our family. He just recently had a baby girl and for her to grow up without a father will be one of the worst case scenarios possible.

I hope the court will take this letter into consideration when sentencing my uncle. He is a family man who we wish to see back in the arms of his loved ones.

Respectfully submitted,

*Jason Moreta*
Jason Moreta

# EXHIBIT P

Monique G. Figueroa

Bronx, New York 10468

March 1, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:   *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

I am writing to you at this time in regards to the pending sentencing of my uncle Mr. Michael James Dede. I am Monique Figueroa, his first-born niece. I am a senior in college currently working on my bachelor's degree in Criminal Justice. I have known my uncle for the past twenty-five years of my life. He is like my older brother (one of which I do not have) in so many ways.

I understand that my uncle Michael Dede was found guilty and convicted after a jury trial of a felony narcotics charge this past February. I am writing this letter in support of my uncle for his upcoming sentencing.

Your honor, my uncle is one of the kindest people you could ever meet. He is funny, caring and he loves his family. Michael is a great dad, brother, son, uncle, husband and friend. Having him gone had caused a tremendous amount of stress on my family and me. My uncle is the one that brings lots of joy to our family gatherings. Not having him around hurts so much. My parents, particularly my mother, cry themselves to sleep at night. My mom can only wonder what her little brother is feeling and going through without his children and his family. My father, who has a paternal love for my uncle, hurts because although he is a retired Correction Office he does not have answers for my mom related to my uncle's situation. I myself cry a lot but I try to stay strong for my family and my daughter, who has taken this very hard. She often asks why her uncle does not come to see her anymore. It hurts that I must tell her that he is away but that he will return soon because in reality I do not know if this is true. My uncle is the fourth child of my grandparents and he is a great dad. It hurts to know that he will not be able to see his oldest son graduate from high school this coming June or that he will not be here to celebrate his youngest daughter's first birthday. If it hurts me, I know it must be killing him to know that he will not be a part of these joyous occasions.

I am asking you to please take my letter and the letters of Michael Dede's family and friends into consideration when sentencing him.  Thank you.

Respectfully submitted,

Monique G. Figueroa

# EXHIBIT Q

Ruben Guzman

Bronx, New York 10459

April 23, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Ruben Guzman and I am an Internal Auditor for SEBCO (Building Management Associates), a residential real estate company, in the Bronx. I have known Michael Dede for approximately five years. Cynthia Diaz, Michael's wife, was my co-worker when she introduced him to me. I am writing this letter in support of Michael in his upcoming sentencing.

I understand that Michael was convicted after a jury trial of a felony narcotics charge.

In the years that I have known Michael Dede he has really shown, not only me, but others that know him, that he is a responsible husband, father and friend. Michael has always worked hard to take care of his family because that is the type of person he is. In every family event that Cynthia and Michael invited me to, I noticed how important Michael was. He helps contribute to that family nucleus that most children do not have today because their fathers are not around. I admire him for his awareness of how his children should be brought up and for the sacrifices he may have made to ensure they had the opportunities he may not have had. His incarceration would definitely have a negative impact on his family because Michael's life revolves around them and their lives revolve around him.

I am asking the Court take my letter into consideration in sentencing Michael. Please help this family get back together as soon as possible.

Respectfully submitted

Ruben Guzman

# EXHIBIT R

Ramon Rivera
Food City Markets

New York, New York 10025

April 27, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:    _United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)_

Dear Judge Kaplan:

      My name is Ramon Rivera and I am currently a Manager at Food City Markets. I have been employed with this company for 22 years. I am aware that Michael Dede was convicted after a jury trial of a felony narcotics charge and therefore am writing this letter in support of his upcoming sentencing.

      I have known Michael for 20 years. I met him when he began working at Food City Supermarket located on 198th street in the Bronx. I was Michael's supervisor. He began working with us in 1988 and he remained with us until the store closed in 1995. Michael was one of our best employees. He was reliable, responsible and always punctual. Although he was young at the time, he always had great work ethics. We have managed to remain in contact throughout the years. Therefore, I have had the pleasure of watching him develop into a warm and respectable man. Michael is a caring person and is always a pleasure to be around. He wants nothing but the best for himself, his family and everyone around him. He has always had strong family ties. No matter where we see each other, the second thing Michael asks after he asks me how I am doing, is how my family is doing. You can see that he loves his family very much and I truly hope that he will be able to return to his family in the near future.

      If Michael needed to obtain employment and was interested in returning to the food industry, I would hire him on the spot. I am absolutely sure that his work habits and ethics have only improved throughout the years and that although I had the pleasure of experiencing his work habits in the past, his performance would probably exceed my expectations.

      I am asking you to please consider my letter in determining Michael's sentence. Michael is someone worth knowing. He is a great part of the community and of our society. Please give him a chance at life. Thank you.

                          Respectfully submitted,

                          Ramon Rivera

# EXHIBIT S



# AJI INDUSTRIES, INC.

**Bronx, New York 10461**

March 31, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

     Re:   *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

     I, Anthony Iacovone, am the owner and President of AJI Industries, Inc. AJI Industries is a trucking company working within the five boroughs of New York City and the County of Westchester. I am writing this letter as a character reference for Michael Dede and understand that Michael was convicted by a jury of a felony narcotics charge.

     I met Michael in the year 2000 when one of my drivers highly recommended him for a job as a driver. Michael was then trained and soon became a full time employee. Michael worked for me over the next five and a half years as a valuable asset to my business. Michael was reliable, hard working and conscientious. Michael could be counted on to stay late to complete the work, when others were too tired to stay late to accomplish this for me.

     In the time I have known Michael, I found him to be a man concerned about bettering himself so that his family would benefit. He left my company to work for Con Edison so that he could get medical benefits and a pension, which my company couldn't afford to offer. I met his wife and children on several occasions and observed how he brought his children from his first marriage smoothly into the fold with his new girlfriend and future wife. The few times Michael took any time off was to attend school meetings for his children, which seemed to be a priority from my viewpoint.

It is my hope that the Court would consider this letter in determining the sentence for Michael. His absence from his family for any extended period of time will cause undue hardship to his wife raising two very young children and two adolescent children who need their father's guidance at this stage of their lives.

Respectfully submitted,

Anthony Iacovone

# EXHIBIT T

Robert Demascio

Hopewell Junction, New York 12533

April 21, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:  _United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)_

Dear Judge Kaplan:

My name is Robert Demascio and I am currently an A Mechanic and Machine Operator with Consolidated Edison of New York. I have been working with Con Edison for almost 26 years. I am writing this letter in support of Michael Dede's upcoming sentencing. I am aware that Michael Dede was convicted after a jury trial of a felony narcotics charge.

I met Michael when he began to work with us at Con Edison in 2006. I was immediately drawn to him. I have been with the company for many years, and I have worked with various crews but Michael made a great impression on everyone, including myself from the moment he stepped foot in our yard. He has very desirable work ethics. One can only wish that there were more available employees like him to join our teams. Michael was always very meticulous with his work product and his working environment. He was always ready to help when needed. He never shied away from tasks and was always willing to work late if necessary. He was a true leader and a go-getter. Michael was a great team player and always took pride in everything that he did. Not only is he a great worker but also a well-rounded individual with a great big heart. I remember that he would always offer to share his lunch and drinks with us and that he would always push us to try new foods. He introduced me to _many_ different foods. Michael is the kind of person that would pull the shirt off of his back to give it to someone else. He was always, always willing to help others.

Michael truly loved his job. However, his love for his family is even greater. One of the things he was most excited about when he obtained the position with Con Edison was the fact that he would have benefits for him and his family. He never stopped talking about his children, his wife and his family. They are a very important part of his life. Michael loves to spend time with his oldest son and he worried about him often. He has always been very concerned with the possibility that his older son could stray if he is not monitored and steered in the right direction. When I met his son Michael Jr., I was very impressed with how well-behaved and well-mannered he was. You can tell right away that this young man, like his father, has great potential.

Michael loves to spend time with his younger son as well. I know because I clearly remember that he would become very excited when it was time to go home because he would be heading home to spend time with his 'little man', as he referred to him. He loves his family very much and has nothing but wonderful goals and dreams for their future. He was working very hard to make those dreams reality. Our job is not easy and it is very hard labor, but through our company Michael has a good chance at making those dreams reality.

Michael sincerely loves his job at Con Edison and his passion for his work has always radiated. I am hopeful that he will be able to regain his position with us soon. He is a hardworking, kind-heart individual with a lot of potential and love for his family, friends and coworkers. Michael is very concerned about losing his job and I would truly hate for that to happen. However, if necessary, I would wholeheartedly work to help get him reestablished at our company and I would not hesitate for a second to offer letters of recommendations and referrals on his behalf.

I ask that you please consider this letter in determining Michael's sentence. Please give this young man a chance to achieve the goals he has worked very hard to attain, the opportunity to enjoy a prosperous life with his family and a future full of possibilities.

Respectfully submitted,

Robert Demascio

# EXHIBIT U

Santos Figueroa

Bronx, New York 10468

April 23, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     <u>United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)</u>

Dear Judge Kaplan:

My Name is Santos Figueroa. I am currently employed at Sanitation Salvage Company. I have known Michael Dede since we were in grade school. He is one of my closest friends. I am writing this letter in support of my friend Michael Dede.

I understand that Michael was convicted after a jury trial of a felony narcotics charge.

As long as I have known Michael, I have always known him to be a great person. He is very giving and is always willing to help others in need. He is a hard working family man, who always puts his family first. He is a great husband and father to his four children. His family morals are to be admired. When my wife lost our first child, Michael was there to comfort me and my family through a very trying time in our lives. I could feel him sharing our pain. During my wife's hospital stay, Michael drove me to and from the hospital numerous times because my car was in the repair shop. Michael cares dearly for his entire family. After his mother passed away from cancer, I watched Michael set aside his own sorrows, in an effort to make sure that his family understood that they were all going to be fine and that they would get through that situation together. I admire Michael's strength and determination. I will always be thankful to Michael for being there for me, for everything that he has done for my family, and for always being a true friend.

Michael has always been a very hard and dedicated working man. I was the one that taught Michael how to drive roll-off trucks. I introduced him to my boss and referred him for a job at AJI Industries, the company where I worked. Michael turned out to be one of their best employees and was employed there for almost six years. He worked everything from dispatching and training to driver. Ultimately, he left AJI to pursue employment at a company that had long-term benefits for him and his family. We suffered a major loss to our team the day he left. I took great pride in knowing I was the person that referred him. Today, Michael is one of the very few people I know that I would offer to refer for employment. Should he need employment upon release, I would contact everyone in my network to help him establish a permanent position. I know of several companies that I would love to hire someone just like him.

I am asking you to please take this letter in to consideration in deciding Michael's sentence. His family needs him. His wife and his children are devastated. We would all like to see him back with them again.

Respectfully submitted,

Santos Figueroa

# EXHIBIT V

Thomas Santos

Wappinger Falls, New York 12590

April 30, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

        Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

        I am a supervisor for Consolidated Edison. I am writing to you on behalf of Michael
Dede. I ask that you take this letter into consideration when sentencing Michael for his
conviction after a jury trial of a felony narcotics charge.

        Michael reported to me during his first 11 months of employment with Con Edison. He
worked as a member of my crew breaking pavement, excavating over and repairing leaking gas
mains and service lines. He proved himself to be hard working, self motivated and accountable
for his actions. Working in all types of weather and adverse conditions, Michael showed he
wanted a job and looked forward to coming to work everyday. This made him sought after by
others in my group.

        One thing I experience with some young men that I supervise is that they can often be
immature due to their age or lack of responsibility. This was not the case with Michael. He knew
he was in a good job, he valued it tremendously and it showed in his work performance.

        I recall a conversation I had with Michael about another individual who was not working
out as well as Michael with Con Edison. We were discussing what motivates certain individuals
and he spoke to me about his motivation. He told me how much he cared for his family and how
much he needed his job in order to provide for them. His family seemed to come up often in our
conversations and it is obvious to me that he cares for them very much.

        Once again, I ask that you please take my letter into consideration. Michael worked
under my supervision for 11 months and it is the type of work where you can not hide within.
Someone will immediately point out that you are not pulling your weight. Michael pulled his
weight and did so with a smile. For me and others who worked with Michael, it says a lot about
the type of person he is.

                                                Respectfully submitted,

                                                Thomas Santos

# EXHIBIT W

**Next Level**
**Autobody and Repair**

Bronx, New York 10475

April 25, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Jesse Cintron and I am the sole owner of *Next Level*, an automobile repair shop located in the Bronx. I have known Michael since 2000. I am writing this letter in support of Michael Dede for his upcoming sentencing.

It is my understanding that Michael Dede was convicted after a jury trial of a felony narcotics charge.

As I mentioned, I have known Michael for quite a few years. He has followed me around various locations and we have remained in close contact. Throughout the years, I have spent a lot of time with Michael at the shop. Although Michael was never officially employed by me, he has worked with me since the beginning. He would help me out with jobs on his spare time. In turn, I would allow him to use my tools and lifts to fix his and his family's cars at no charge. Regardless of the fact that there was no monetary exchange for his labor, Michael never skimped on his efforts. At times he worked harder than my paid employees. It never mattered if I had five tasks for him and he did not have any for me. Once I called him, I could count on him to be there. His dedication was priceless. His work practices were outstanding. I could count on him for anything and I would never worry if the job would get done. You can tell that he definitely enjoyed what he did at my shop. His love for mechanics, paired with his work habits made him a valuable part of our team. I thoroughly enjoyed having him around.

Michael always had a great sense of humor and a love for life that I truly admired. Whenever he was around, we were sure to have a good time. He is very generous and he has a very kind heart. Everyone got along very well with him and Michael was always worried about someone else's situation. He often spoke about his family and you could see his world light up whenever his wife and kids would come by unannounced. I'm sure he would have loved to officially work for me, but he struggled between his love for fixing cars and his love for quality time with his family. Ultimately, our arrangement suited everyone's interest.

Everyone at the business and in the area has been praying for him and his family. We would love to see his bright and smiley face walking through our doors at any given time. I ask that you please consider this letter when deciding Michael's sentence.

Respectfully submitted,

Jesse Cintron

# EXHIBIT X

Myrna Nieves

Yonkers, New York 10701

April 20, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Myrna Nieves and I am the Mailroom Supervisor at the College of Mount Saint Vincent. I am writing this letter in support of Michael Dede's upcoming sentencing.

I am aware that Michael Dede was convicted after a jury trial of a felony narcotics charge.

I have known Michael for several years. I met him through my husband's niece, Cynthia. Michael has always been a very pleasant and respectful individual. He was always very helpful and willing to help us out around the house with home improvements. I remember him getting very excited when my husband and he talked about repairing an old car in the garage together. You could tell that repairing cars was his greatest past time. We all talked about what a great businessman he would be if he opened his own car repair shop. He had the perfect personality. He would never cheat his customers and he could work doing what he loved.

My husband was sent away to serve in Iraq for over a year-and-a-half. During this time, I was left alone with my four children. Whenever I needed help around the house or needed to run errands, Michael was always someone I could call on to help me at a moment's notice. It takes a good-hearted person to help someone with four children and their responsibilities when they have four children and responsibilities of their own to manage. Not to mention that he married my husband's niece, not mine. This never mattered to Michael; he is a good man. I know that what he did for us, he did from the heart because often times no one knew what he was doing. Therefore, it was not like he was doing it to score points with the family. I will be forever grateful to him for his help during this horrible time in our lives.

Michael has two small children with Cynthia and two teenage children from a past relationship. Whenever they visited us or we went over to their home, they always appeared very happy and in love. They are one big happy family. There are a few qualities you can gather from Michael upon getting to know him. He is a hard worker and a family man. He is always willing to help those around him and is concerned for the wellbeing of others. He is fun to spend time with, he loves to laugh and is always concerned that others enjoy themselves and are comfortable. We had a lot of great times together. I hope and pray every night that this nightmare will end soon.

I am asking the you please take my letter into consideration when sentencing Michael.

Respectfully submitted,

Myrna Nieves

# EXHIBIT Y

Jose Sanchez

Bronx, New York 10467

May 7, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    _United States v. Michael Dede,_ Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Jose Sanchez. I have known Michael Dede for over fifteen years. I have supervised Michael in many asbestos abatement jobs throughout the years. I am writing this letter in support of Michael in his upcoming sentencing.

I understand that Michael was convicted after a jury trial of a felony narcotics charge.

I met Michael back in 1993 when he was hired to perform demolition at a site that we would then enter to remove environmental hazards such as lead, asbestos and other hazardous materials. As I got to know Michael on that job, I was immediately drawn to his hard work and determination. He was a one-man army and I loved that. He worked under little to no supervision, yet I never saw him taking advantage. One day he approached me and asked how he could get into the field. I suggested that he take several courses that would prepare him to become licensed and certified by the NYS Department of Labor and NYC Department of Environmental Protection. I then gave him my contact information and asked him to call me if and when he obtained his certifications. Within several months, I received his call.

We have worked together on numerous projects since then. We have worked in several States throughout the country. We have moved around together throughout different locations as well as different companies. Between 1994 and 2006, we worked together at Best Air Quality, Inc., International Asbestos Removal, Inc., AAAA Environmental Services, Inc., Abatement Asbestos-Lead Specialists, Top Line now called TCI, and Abatech – all based in New York. We also worked at Spirco Environmental, Inc. based in St. Louis, Missouri in 1997.

Offering Michael a position within our company was one of the best business decisions I have ever made. Michael was always a very dedicated and dependable employee. He was always a leader yet he was also a great team player. He very concerned with his co-workers' safety. We often joked about him being the chief. However, he earned his title of Master Safety Chief when he saved his co-worker's life. One day, while we were performing asbestos abatement in the boiler room of a NYC Housing Complex, one of my employees was on a scaffold 60 feet above ground when he decided to step outside of the safety rail and use a nail on the wall as additional foot support. Eventually, the nail gave way and the employee fell onto a steam pipe that broke his fall momentarily. He was about to continue his fall head-first into a pit that would have resulted in his death when Michael jumped to his safety. He used his own body as support to hold up the worker from plummeting. Had Michael worried about his own safety for just one second before reacting, the employee could have been severely injured or maybe even worst.

Throughout the years that I have known Michael professionally, I have also grown closer to him on a more personal level. On various occasions, we have had discussions related to personal events in our lives. Several years ago, I was going through a divorce and I remember Michael offered me great advice. He strongly recommended that I always remain close to my children and that no matter what events developed throughout my life or theirs, I should never give up on them or become distant. Whenever I think of Michael outside of business, I remember him for his valuable advice and I am forever thankful because in time of personal despair he helped me to focus on what was most important; my children.

I hope that you will take my letter into consideration when sentencing Michael and that you give him the least amount of time possible. I am aware that he was suspended from his employment at Con Edison. I am ready, willing and able to assist Michael in obtaining employment in the asbestos abatement industry upon completion of his sentence.

Respectfully submitted,

Jose Sanchez

# EXHIBIT Z

Noemi Cotto

Bronx, New York 10455

April 7, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Noemi Cotto and I am currently employed as an Adoption Coordinator at the Jewish Child Care Association, a non-profit organization serving families and children who are in foster care. I have known Michael Dede for over 15 years. Michael and I grew up in the same neighborhood. I am best friends with him and his wife, Cynthia Diaz. I am also the godmother of their son,          KD          I am writing this letter in support of Michael and his upcoming sentencing.

I understand that Michael was convicted after a jury trial of a felony narcotics charge.

In the time that I have known Michael, I have always known him to be a responsible individual. Michael is a person that is loyal, a hard worker, family oriented, funny, sensitive, and always willing to help others without expecting anything in return. He is a caring and dedicated father to all of his children. I also know Michael to be a dedicated husband to his wife, Cynthia. His love and dedication to Cynthia and the children is what defines Michael as a man.

I have always felt that Michael should have entered the Social Work profession because he has always taken an active role in helping others or trying to change his community in a positive way. His willingness to always provide assistance and be an active member in his community makes him a role model to others. A perfect example of Michael's positive influence would be the role he has played in my younger brother's life. Unfortunately, my brother has been influenced by the streets in many ways. Michael has always taken out the time to discuss life, fatherhood, work and self-empowerment with my brother in order to get him to view things in a positive light and guide him in the right direction. Michael has always played a big brother role in my life also. He has talked to me about making better decisions in my life when it comes to men and the importance of not letting anyone make me feel less than what I am. I will always be thankful to him for that.

Michael's incarceration would have a devastating effect on him, his family and his loved ones. This would mean that he would not be able to provide for his wife, children and

extended family. His two younger children will not have the opportunity to really know their father and will build childhood memories of him through pictures, phone calls and occasional visits. His two older children will probably resent the fact that their father will miss the most important times in their lives.  They will never really understand why "they" could not have their father around during their adolescent stage, a time when it is most crucial to have a father figure in place for guidance. Not to mention the sense of abandonment and the issues of depression that all four children may face in the long run. Not having fathers in their lives is a factor that many children are facing today.  The issues that present themselves in the future because of this situation are vast. Additionally, Michael's wife will be left to explain a situation to her children that she was never prepared for and may never be able to successfully achieve. This is a cycle that continues to go on in our communities and should strongly be taken into account.

I ask that you please take this letter into consideration in sentencing Michael.

Respectfully submitted,

Noemi Cotto

# EXHIBIT AA

Katrina E. Seals

Bronx, New York 10469

April 10, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Katrina E. Seals. I am a Socio-therapist for the Jewish Child Care Association of New York. The Jewish Child Care Association is a non-profit organization that has been serving families and children who are in foster care. I have known Michael Dede and his family for over 10 years. I am writing this letter in support of Michael and his upcoming sentencing. I understand that Michael Dede was convicted after a jury trial of a felony narcotics charge.

Michael Dede is a one-of-a-kind man, who will go out of his way to help just about anyone. I have first-hand experience at the type of person he is. One day I began speaking to Michael about my brother who at the time was only 13 years old. I remember telling Michael that I had some concerns regarding my brother growing up as an African American male without a father in his life. I explained to Michael that I was afraid that my brother had joined a gang. Michael was extremely helpful. He advised me to keep the lines of communication open between my brother, my mother, and I. He said that I should provide as much family time. Michael thought it was very important to keep him active and off the street.

I have always been so impressed with Michael's willingness to provide me and others with his time and advice. Michael has always taken the time to provide assistance and words of wisdom. Since that day, whenever Michael comes in contact with my brother who is now 15 years of age, Michael engages him and provides him great conversation, advice and food for thought. Michael's unique way of providing a positive path and guiding light toward the right direction, especially to our youth, is something this world needs

In addition to the loving advice Michael has given my brother, he has also provided me with loving advice. He has talked to me about making better decisions in my life regarding my self esteem, how important it is to remember my worth, and remembering how blessed we are.

Michael's incarceration would have a distressing and overwhelming effect on him, his family, and the ones who love and admire him. He would not be able to provide for his wife, children and extended family. Michael will not have the opportunity to provide those who love and need him with love and guidance.

I hope that the Court would consider this letter in determining the sentence for Michael.

Respectfully submitted,

Katrina E. Seals

Katrina E. Seals

# EXHIBIT BB

Lenny Gonzalez

Bronx, New York 10458

May 6, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Lenny Gonzalez and I have been a long time friend of Michael Dede. I graduated from Fordham University in 2004. I am currently employed by Affinity Health Plan. I have been employed by my company for the last two years-and-a-half. I am the Customer Service Department's Trainer.  While growing up in the same neighborhood, Michael Dede has seen me grow from a boy to a man. He has known me my entire life. I am writing this letter in support of Michael Dede in his upcoming sentencing.

I understand that Michael was convicted after a jury trial of a felony narcotics change.

Michael has played a role model for me and others to follow. He led by example, in terms of doing the right thing. By displaying leadership, he directed his children, who I am close with, relatives, friends, and myself in a path that would lead to a bright future. Through his guidance and others, I went on to graduate from M.S. 118 Pace Academy, which is a program for gifted and talented individuals, then from Cardinal Hayes High School, which I graduated 8th in my senior class, and then from Fordham University. In times of need, he's had plenty of one-on-ones with me in order to provide me with the knowledge and wisdom that will help direct me in the correct path. We have had discussions ranging from school to children to employment. I have also known his children since their birth and have shared in many outings, at birthdays, baptisms, etc. Through his guidance and his family, he has made a difference in my life and I know he can do the same for many others. However, his long-term incarceration will hinder his potential to help others in need.

Please take this letter into consideration in sentencing Michael. He has made an impact on me and many others.

Respectfully submitted,

Lenny Gonzalez

# EXHIBIT CC

Hiram Gonzalez

New York, NY 10020

May 6, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Hiram Gonzalez. I am 30 years old, and have been married for 8 years and have two children. I have been employed at W. P. Carey & Co. LLC, a real estate investment company, for eight years as well. I am writing this letter in support of Michael Dede in his upcoming sentencing. I have known Michael for practically my entire life. We were raised in the same building (220 Miriam Street, Bx., NY) and to this day, our families have always maintained a good relationship with one another.

I am fully aware that Michael was convicted after a jury trial of a felony narcotics charge.

Being raised in the city, in a single family home with two younger siblings, it was not always easy to avoid the wrong crowd. With no father figure in the home, we looked to many of the older ones to steer us in the right direction, one of which was Michael Dede. He constantly reminded us to make our mother proud by not getting involved in something we would later regret. It was like having an older brother.

Maybe about 3 years ago I remember having a conversation with Michael about the challenges of raising children, and more often times than not, a man will avoid the responsibilities he has toward his children when they do not live with them. That was not the case with Michael. I was so impressed with the level of involvement he had and still has with his children, even though he and their mother are no longer together.

After many years, I still look up to Michael and know him to be a loyal friend, not only to me but my entire family, who's love for his own family is an example of what a father and husband should be, and worthy of imitation. In all sincerity, I really can not say that about too many of the people I grew up with. Being a parent myself, I can only imagine how painful it must be for Michael to not be able to see his children and the challenges that await his wife as she tries to balance being a single mother with work and other responsibilities.

I appreciate your time and kindly ask the Court to please take into consideration my letter in the sentencing of Michael.

Respectfully submitted,

Hiram Gonzalez

# EXHIBIT DD

Joel Gonzalez

Bronx, NY 10463

May 05, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

I am writing on behalf of Michael Dede, a friend of mine who I have known for over 22 years and who helped me become the successful man that I am today. I realize he will be sentenced in the very near future but I hope this letter can help paint a more complete picture of who Michael is. I am currently the National Sales Manager for the Ecko Unlimited clothing brand, a position that requires leadership, reliability, integrity and the ability to bring out the best in people. These are all qualities I learned through my life experiences, most specifically through one individual, my friend Michael Dede.

I understand Michael was convicted after a jury trial of a felony narcotics charge. I am writing this letter in support of Michael in his upcoming sentencing.

As I mentioned earlier, throughout my life Michael has been an individual who has guided and molded not only myself but my two brothers. Growing up without a father figure and living in the Bronx were two very difficult obstacles that could have been a recipe for disaster but Michael was one individual who always managed to show me the right way. Why it was important to finish school, why my family was important and why it was important to pursue my dreams. One memory that comes to mind is the day I was graduating from Cardinal Hayes High School. The day before graduation he saw me and congratulated me but realized I was still sad. He asked why I looked upset, that it was an amazing accomplishment and I told him, I don't have shoes to wear and I don't want to embarrass my mom or myself. His act of generosity is something I will always remember; he went to his apartment and said "wear my shoes Joel". I was dumbfounded and although they weren't the greatest of shoes and they didn't match (and they weren't my size) I wore them proud. He wanted me to look my best and my mother could not have thanked him enough for doing that. Just one of the many things he did to help me because he realized that in my life there was no one to help guide my siblings and I with the exception of my mother.

As a man who grew up without a father, I beg for your leniency at his sentencing as four children will now have to bear the pain of not having their father around for a period time. A minimal period of incarceration is what I would hope for so society and his family/friends can continue to see the positive progress Michael is so very capable of. I ask that you take my letter into consideration in sentencing Michael.

Respectfully submitted,

Joel Gonzalez

# EXHIBIT EE

Crystal Lawrence

Bronx, NY 10456

March 27, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     <u>United States v. Michael Dede</u>, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

I, Crystal Lawrence, am currently employed as a customer service representative and have known Michael Dede my whole life and I consider him to be as much of my uncle as my biological uncles. I welcome the chance to write a letter that will demonstrate my support for Michael in his upcoming sentencing.

I understand that Michael Dede was convicted after a jury trial of a felony narcotics charge.

When I think about Michael I think about what an uncle is suppose to be. Throughout my life I never had the chance to really get to know my uncles and he was a great substitute. Not only did he clean my many scrapes and cuts but he was there when I needed heart felt uncle talk that came after some silly boy who uncle Mike assured me "wasn't worth my time" broke my heart. He has always been actively involved in my life and has proven to do all he can do to make sure I felt welcomed and comfortable not only in my own skin but during all family gatherings.

Growing up I can remember the times when we would all load into Uncle Michael's car and head to Bear Mountain for a day of family fun and it was just that fun. Uncle Michael's incarceration will not allow my daughter to have these same memories that I have experienced and will not grant her the opportunity to have a stand up uncle like I found in Michael.

I ask the court to please take my letter into consideration in sentencing Michael.

Respectfully submitted,

Crystal Lawrence

Crystal Lawrence

Tracey Lawrence

Bronx, NY 10458

March 27, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

     Re:    <u>*United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)</u>

Dear Judge Kaplan:

       This is to certify that I, Tracey Lawrence, have known Michael Dede for over twenty-five years. I am currently employed as an office manger for over seven years and I am writing this letter to demonstrate the love and support I have for such an individual as Michael Dede in his upcoming sentencing.

       I understand that Michael was convicted after a jury trial of felony narcotics charge.

       Michael Dede over the years has developed into being my surrogate uncle as the years of advice and warnings were those that would have clearly come from an uncle. Whenever I was involved in something that he did not approve of he voiced his opinion indirectly or directly to me no matter what my reaction would or would not be to ensure that I made informed decisions further ensuring that I knew right from wrong. What I considered then to be him just picking on me was in reality him wanting only the best for me as a growing young woman. As the responsible woman that I am today I now fully realize that all the times he would chastise me and bluntly warn me about what he considered to be my wrong doings had a lot to do with my current state of stability as I now realize that subconsciously I took heed to his words and I am thankful that I did. Who knows what would have become of me had I taken my own course in life without him their steering me in the right direction and again I thank him for taking the time to be there for me.

Uncle Michel's incarceration will have a dramatic effect on me because he will not be there to continue to see his work in action. Each day I am learning more about myself and I am a better person because of him. I have a daughter of my own now and having uncle Michael attend her first birthday party this past February meant so much to me as I want him to know that all the values he helped instill in me will most certainly be passed on to her.

Please take my heart filled letter in consideration in sentencing my uncle Michael.

Respectfully submitted,

Tracey Lawrence