# EXHIBIT FF

Dawn Lawrence

Bronx, NY  10458

March 27, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)*

Dear Judge Kaplan:

Knowing Michael Dede for what I would consider to be my entire life has been nothing short of a blessing. Having the opportunity to experience all we have as a family has proven to be beneficial for not only me but for my daughters. I am glad to have the opportunity to write this letter of support for Michael during his upcoming sentencing.

I understand that Michael Dede was convicted after a jury trial of a felony narcotics charge.

Michael always welcomed me into his family and has proven time and time again that although we are not blood related that we are and always will be family. I remember the time when he was informed that I was pregnant at the young age of seventeen. Unsure of anything but the fact that I was about to enter into the unknown world of motherhood, Michael did not look down on me or count me out as many would have, however he was there for me with open arms and genuine support. Michael and I discussed all that I would be facing and supported my decision never once letting me feel forgotten or rejected. From that day forth I vowed to be the best mom that I could be as he told that my failure or success would be up to me and I chose to succeed and I did.

I write this letter with the most sincerity and I ask the court to take my letter into consideration in sentencing Michael.

Respectfully submitted,

Dawn Lawrence

Dawn Lawrence

# EXHIBIT GG

Barbara Perrone

Bronx, New York 10465

April 15, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:    *United States v. Michael Dede,* Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

      I, Barbara Perrone, am a former employee of AJI Industries, Inc. I was the Manager of Operations when Michael Dede came on board. I am writing this letter as a character reference for Michael Dede and understand that Michael was convicted by a jury of a felony narcotics charge.

      I worked with Michael for five and a half years at AJI Industries, Inc. Michael had impeccable work ethics and utilized good judgment in daily work situations.

      During the time we worked together I was very impressed with the way Michael prioritized the needs of his family; and as a result I have seen the love and respect they all have for each other.

      On a personal note, when my husband passed away in December 2007, Michael, upon hearing of this, contacted me immediately to give his sympathy and continued to contact me periodically, just to see how I was doing and to give words of encouragement.

      I hope that the Court would consider this letter in determining the sentence for Michael. Michael is the core of his family and they all will suffer tremendously without him.

                     Respectfully submitted,

                     *Barbara Perrone*

                     Barbara Perrone

# EXHIBIT HH

Mercedes Medina

Bronx, New York 10459

April 8, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Mercedes Medina. I have been employed by Building Management Associates, Inc. since 1994. I am the Legal Liaison for 1,500 low-income housing units in the Bronx. I met Michael through his wife Cynthia Diaz approximately eight years ago. I am writing this letter in support of Michael in his upcoming sentencing.

It is my understanding that Michael Dede was convicted after a jury trial of a felony narcotics charge.

I worked with Michael's wife Cynthia for eleven years and we grew very close over the years. I knew her before she met Michael and it wasn't until she met Michael that she became a complete and very happy woman. She had been in a very long relationship prior to meeting Michael, but she was not happy until she met him and I could understand why. Michael is a very good man. I have many fond and endearing memories of Michael that will allow you to see that type of person he is. There are so many that I struggled to choose which ones I would share for the sake of keeping this letter to a minimum number of pages. I remember Michael bringing his pregnant wife breakfast from McDonald's when she had cravings, but I also remember him surprising her with breakfast when she least expected it. I remember lending Michael and Cynthia my minivan so the entire family could travel in one car to their timeshare in Massachusetts. Upon returning the van, Michael had given the van a tune up, changed the oil, cleaned the van and even replaced a defective part, all in appreciation of my gesture. I remember going over to help them replace the wall paper on their kitchen walls three nights after work. Based on our lack of expertise, the paper bubbled the following day. I recommended a neighborhood handyman that unfortunately created a bigger catastrophe. Although they were trying to improve their living conditions while saving money, our efforts were in vain. However, Michael was sincerely appreciative of my assistance and never expressed discontent with my actions. Conversely, he was very grateful and could not stop thanking me for my help.

I can also remember that Michael slept at the hospital with Cynthia during her entire stay when their first child Kyle was born. Michael would wake up at 5am, go to work, go home to shower and then come back to the hospital. The nurses even allowed him to sleep on the bed next to Cynthia and would make the bed with their home comforter. I remember waiting for Michael to arrive at the hospital with their new baby's car seat after running around all day in an effort to find an experienced installer for the car seat and preparing their home for the arrival of his baby. He explained to us how he visited every fire station he could think of and how he cleaned the entire apartment. The look on his face when he walked

into the hospital room ready to take his baby and fiancé home was truly priceless. I remember running around everyday during our lunch break to help them find material for the wedding; centerpieces, decorations, invitations and souvenirs that they were making themselves. I remember helping them organize their son's first birthday and dropping off gift bags, birthday hats and candies in order to help them minimize the cost of this celebration so soon after their wedding. Michael's main concern was not to shortchange his baby's first birthday celebration due to financial circumstances.

As I previously stated, I have many wonderful memories of Michael and I struggled with deciding which ones were worth mentioning. I have selected the ones that I believe would help you envision a man that is truly a pure, dedicated, warm-hearted, selfless, loving individual. I hope that I have accomplished the purpose of this letter through just a few selected recollections of events.

I hope and pray that you will please take what I have told you into consideration when sentencing Michael. Thank you.

Respectfully submitted,

Mercedes Medina

# EXHIBIT II

Luis R. Nieves

Yonkers, New York 10701

April 20, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     _United States v. Michael Dede_, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Luis Nieves. I am a First Sergeant with the United States Army National Guard. I was a member of the First Battalion 258 B Battery and my title was Chief of Firing Battery until we were deployed to Iraqi Freedom. I was then assigned to 89 MP Brigade 759 Gulf Company. One of my primary duties at Iraqi Freedom was to train Police Officers in the Police Academy in Baghdad. Upon returning to the United States, I was promoted to First Sergeant. I also currently work at Montefiore Medical Center as a Security Officer. I have known Michael Dede for over eight years. I am writing this letter in support of Michael in his upcoming sentencing.

I am fully aware that Michael Dede was convicted after a jury trial of a felony narcotics charge.

I met Michael Dede when he began to date my niece, Cynthia Diaz eight years ago. He was someone that I was drawn to immediately the moment I met him. He was very personable and easy to get along with. What attracted me the most to Michael was his sincere selflessness. There has never been a conversation between Michael and I where a problem was posed and Michael did not offer some sort of assistance. Whether guidance was to be provided by Michael himself or by someone he could recommend, one thing was for sure, he would be willing and able to help us out. Michael has helped my family with our automobiles, our home, planning our girls' sweet sixteen, job searches and even medical recommendations. He is always full of information and willing to share it in order to help others.

Michael has also been a wonderful addition to our family. He is a family man with much grounded principals. It is easy to witness his love for his wife, children and our families.

Michael and his two teenage children, Michael and Crystal, fit right into our family circle. Together they have created a strong and loving family of their own while bringing their two families together in perfect harmony. Family gatherings have become something more wonderful as we watch our families grow through the union of two wonderful people such as Michael and Cynthia.

My niece grew up without her paternal party. I am not only her uncle, but also her Godfather. I have watched over her, protected her and offered her advice throughout her entire life. Upon meeting Michael and getting to know him, I was able to rescind my primary duties over her well being because I knew she was in the hands of another individual that was well prepared to care, protect and love her. I am hopeful that I will not need to return to my previous role over Cynthia, not because I do not want to, but because I know I should not have to.

As a United States official, I have the utmost faith in the justice system. I am asking the Court to please take my letter into consideration in sentencing Michael. Michael is a wonderful individual and we anxiously await his return.

Respectfully submitted,

Sgt. Luis R. Nieves

# EXHIBIT JJ

Nelsi & Heraclio Santos

Bronx, New York 10466

March 14, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    _United States v. Michael Dede_, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

I, Nelsi Santos, am a friend and ex co-worker of Cynthia Diaz. I have been retired for about five years. Cynthia and I worked together for over ten years and she introduced me to Michael several years ago when they were just dating. Michael has been very helpful, friendly and pleasant since the very first day I met him. I want the world to know that I am writing this letter in support of Michael Dede in his upcoming sentencing.

I am aware and understand that Michael was convicted after a jury trial of a felony narcotics charge.

Heraclio, my husband of almost 38 years and I, attended Michael and Cynthia's wedding, as well as most of their family celebrations. They attended my retirement party and the celebration in preparation for my first grandchild. Throughout the years, our families have grown very close. Michael is a great man and is always willing to help others. On several occasions, he has helped us with several home improvement projects at our house. He is truly a jack-of-all-trades, always willing to help and always pleasant, regardless of the task. We are thankful for his friendship and willingness to help.

Michael is also a great family man. He loves his children very much and often speaks about them and their plans for the future. Michael and Cynthia are wonderful together. They have a very close relationship that is consumed in their love for one another. Watching Michael and Cynthia together is like watching newlyweds. A love like theirs is simply beautiful and pure. Michael's incarceration has been devastating to Cynthia and their families. The kids miss him and are always asking for him. We, his friends, also miss him. We are all hopeful, that he comes and joins us soon.

I am asking the court to take my letter into consideration in sentencing my good friend, Michael Dede.

Respectfully submitted,

Nelsi & Heraclio A. Santos

# EXHIBIT KK

David Dede

Bronx, New York 10458

March 4, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is David Dede and I am Michael Dedes younger brother. I am writing this letter to show my support for my brother in his upcoming sentencing.

I understand that my brother Michael was convicted after a jury trial of a felony narcotics charge.

I have so many things I wound like to tell you about, however I know this is suppose to be a letter not a book. I have chosen to speak about my brother Michael and the role he has played in my life because although there are tons of happy and fond memories of the two of us as young boys, the most important memories are the ones that have helped me in becoming a man and building a family of my own. My brother Michael is the godfather of my son and there is no one I trust more in that role than him. Michael and I have been through so much together while growing up and this whole ordeal is tearing our family and myself apart inside.

Sending my brother away will only cause more heartache and pain. My brother is a decent man and loving father who cares a lot about his kids. I can only wish that this had never happened however the reality of this situation is that it has.

I hope that this letter is helpful in explaining to you the type of person Michael is and that you will take what I have told you into consideration when sentencing my brother.

Respectfully submitted,

David Dede

Michael V Figueroa

Bronx, New York 10467

April 2,2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room1310
New York, New York 10007

Re     United States v. Michael Dede, Case No.: 07 Cr, 1015 (LAK)

Dear Judge Kaplan:

I'm writing this letter on the behalf of my brother-in-law Michael Dede on his upcoming sentencing.

I understand that my brother-in-law Michael Dede was found guilty of a felony narcotics charge after a jury trial.

First, I would like to introduce myself to you on this letter, my name Michael V. Figueroa I'm a retired correction officer and also the brother-in-law of Michael Dede. I worked for the Department of Corrections for ten years before I retired been married to his oldest sister for over 30 years.

Now, I would like tell you about Michael, I've known Michael since he was about five years old I would walk him and his brother David to school every morning. I've watched Michael grow into the man that he is today he has four beautiful children two from his previous marriage and two from present marriage he also has a wonderful wife that he loves very much.

Your honor," please" understand that Michael is not the person that he was painted to be during is trial. Michael has always been a part of our life it's hurting our family that he is not going to be here to laugh and play with the children this year. The family had agreed not to have any family functions this year because without Michael it wouldn't be any fun. This family is suffering and hurting' Your Honor' because we know that Michael won't be with us for a while. Your Honor my wife goes to sleep crying thinking about her brother Michael she asks me if he is safe and I can't even give her an answer. I also start to think about him too and when I'm alone I start thinking about all the good times that we had together then my eyes start to get teary. When I speak to his wife and children on the phone and we talk about Michael they begin to cry. His youngest son always asks where his father is but we haven't told him yet.

So, Your Honor I'm asking you with the respect of the court that you show some compassion and leniency toward sentencing Michael.

Respectfully Submitted,

Michael V. Figueroa

Maria C. Rodriguez

Yonkers, New York 10701

April 20, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Maria C. Rodriguez. I am 88 years old and I am Michael Dede's wife's grandmother. I am writing this letter in support of Michael's upcoming sentencing.

I am aware that Michael Dede was convicted after a jury trial of a felony narcotics charge.

I have known Michael since he started dating my granddaughter. He has always been a very nice person to me and to my family. Michael is very respectful and very helpful to everyone. He is genuine to everyone that is around him. We got along very well and he and his children fit right into our family when we first met. Michael would always tell me to let him know if I needed anything. He has a very nice family and we have always felt the love between them whenever we have been around them. We have all gotten along very well and we always look forward to getting together. I wish we could get together more often. I really enjoy their company.

I am asking that you please consider my letter when sentencing Michael. My granddaughter and my grandchildren are suffering very much through this ordeal and I pray every single night that Michael will come home and that they can all be happy again. I miss him and want to see his family get back together again.

Respectfully submitted,

Maria C. Rodriguez

April 12, 2008

Dear Sir,

We are writing this letter on behalf of our nephew, Michael Dede. Since his birth he's been an important part of our family and we know that he has the same values that the rest of the family are proud of haveing.

He is respectful, caring, kind-hearted, loving and a hard worker. His family is his priority and because of his values, he is in our opinion a respectable family man.

Over the years we have observed Michael with his friends and acquaintances to be very loyal and honest.

Respectfully,

Kenneth J. Dede

Maria Vazquez

Bronx, New York 10468

March 31, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Maria Vazquez. I have been the Director of Operations and owner of Hudson Valley Mother Goose, a child care provider agency located in Dutchess County, New York, for the past 25 years.

It is my understanding that Mr. Michael Dede was convicted after a jury trial of a felony narcotics charge. I am writing this letter to the court in support of Michael Dede in his upcoming sentencing.

I have been a long time friend of the Diaz family. Our families have known each other for over fifteen years. I had the pleasure of meeting Michael through his wife Cynthia Diaz. I met Michael about five years ago and he struck me as a serious, hard working, loving and dedicated individual. Allow me to share what I know about Michael. When I used to visit my father, I would see him coming from work to pick up his then fiancée (Cynthia) who would often meet him at her mother's house. The reason they did that was because they were saving money for their wedding. Cynthia's mother would help with the care of their young son YD in order to keep their child care expense down. I remember seeing him on occasions when he was picking up his son from his mother-in-law's, and he looked exhausted. Michael always helped his wife with her mother who suffers with heart failure. Whether it was helping her fix things in the apartment or taking her food shopping, Michael and Cynthia were always there helping her. Cynthia also suffers from severe migraine headaches and her husband was always by her side caring for her and their little son YD. The family unity was amazing. Every holiday or special

occasion, Michael always made sure that it was spent with the immediate family. Michael and his wife worked very hard to meet their daily obligations as well as save for their future and the future of their children. Now they have a brand new baby girl, a little boy who misses his dad at home and a wife that longs and needs her husband. Michael's dreams have been shattered. His little boy wants his dad. His wife is doing everything to keep her wits about her. Michael played a very active part in his children and wife's daily lives and future planning.

I pray that you and the court will take this letter into consideration when sentencing Michael and help him and his family to obtain some kind of normal life. Thank you.

Respectfully submitted,

Maria Vazquez

April 14, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

      We are Michael Dede's coworkers at Consolidated Edison of New York. We have known Michael for nearly two years, and write in collective support of Michael's character. Each of us, at various times in different capacities, have had the pleasure to work alongside Michael and we are all in complete agreement that he is an extremely reliable and diligent worker, a dedicated family and working man, and a team player. He is always willing to lend an extra helping hand, even on jobs that he is not assigned, and he has worked very well with everyone with whom he has been teamed. Michael is someone you could always count on to get a job done right and to sacrifice his time for the sake of the task at hand and for the group, even if it meant coming in early or staying late. Michael has been a pleasure to work with, even if it was for a relatively brief period of time. Michael continues to have our full support throughout this difficult time for he and his family, and we look forward to having Michael back with us, helping us perform the hard labor we engage in on a daily basis.

      Please accept this letter as a sign of our unwavering support for Michael and please take this collective reference into consideration.

Respectfully submitted,

Joey Clarke
S. Panasema
[illegible]
[illegible]
[illegible]
[illegible]
José Garcia
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Ricardo Feliciano
Richard Petroatti
Carl Weir
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
J Windmuller
[illegible]

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Robert Kery
[illegible]
[illegible]
[illegible]
Peter Pastorini
Joe Scarpulla
[illegible]
[illegible]
[illegible]
Angel Vazquez
[illegible]
Thomas Jaworski
[illegible]
James S. Solomon
[illegible]
Gerard Sinclair
[illegible]

Lawrence R. Thomas

Bronx, NY 10451

April 23, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

     Re:   <u>United States v. Michael Dede,</u> Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

     My name is Lawrence R. Thomas.  I am currently employed by the New York City Department of Education as a School Aide at Public School 157, located in the South Bronx.  I am a very close family friend of the Dede family.  I am aware that Michael has been convicted after a jury trial of a felony narcotics charge.  I am writing this letter in support and to protect the character of Michael Dede.

     I have known Michael and his family for over 18 years.  When I met Michael and his family, I felt a sense of warmth and compassion that came from him, not only for his immediate family, but also for his extended family. I knew deep in my heart that Michael was going to be an asset to his community.   In my eyes, he has always been a stellar citizen to his family, friends, and community.

     I remember when I first met Michael.  In my experiences, there would usually be some animosity between males and space, but with him that was never the case.  We shook hands and from that point until today he has always accepted me as one of his brothers.  I was present when he got married and when his son and his daughter were born.  He was truly the happiest man alive.  He welcomed these new pieces of him into his life and we knew that he would do everything in his power to protect them, as well as his other two teenage children, along with his wife and his family.

     When I received word that Michael had been convicted, I was very disturbed.  I know Michael to be a very respectable young man who may have strayed a little when he was a teenager, but thankfully found his way back to the right track and has lived his life according to the rules ever since.  As stated earlier, I have known Michael for many years and I know for a fact that this decision is hurting him immensely, as well as his family and friends.  I am certain

that once released from custody, he will be right on track with the life that he deserves, one with prosperity.

While sentencing Michael, please take this letter into strong consideration. Please think about the future that this young man could have with a lighter sentence so that he can get back to being a father and a protector for his family and friends. Thank you for your time and consideration.

Respectfully submitted,

Lawrence R. Thomas

Isabel Rojas

Port St Lucie Florida, 34953

April 20, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Isabel Rojas. I have been in law Enforcement since 2000. I began my career as a Patrol Officer in the 40th precinct and I later moved into the narcotics unit. I vested from the New York City Police Department in 2005 when I moved to the state of Florida. I am currently employed by the Port St Lucie Police Department. I met Michael about eleven years ago through his wife Cynthia. Cynthia and I have been friends for over 26 years. I am writing this letter in support of Michael in his upcoming sentencing.

It is my understanding that Michael Dede was convicted after a jury trial of a felony narcotics charge.

Since meeting Michael, I have been impressed with the way he treats his wife and his children. He is very family oriented. Michael has always been a polite and respectable man with a great sense of integrity. I have never witnessed a moment where Michael has been rude or disrespectful to anyone else. The excellent qualities that Michael possesses are far too many for me to list in this letter today.

The love that Michael and Cynthia share is one of a kind. They are the "role model couple" in our circle of friends. I remember when we were planning Cynthia's baby shower three years ago, Michael was worried because they were in the middle of planning their wedding and their finances were limited. Michael wanted to make sure that the baby shower was perfect for Cynthia. Michael, our good friend Noemi and I decided that we would put our money together to make the baby shower possible. It was not much, but we made sure that the baby shower was perfect. I will never forget how thankful Michael was and how happy Cynthia was when she walked in. They are simple individuals so it did not take much to please them. The appreciation that Michael displayed was truly genuine.

Last November, I took a trip to New York with my 15 month old daughter. Michael and Cynthia invited me to spend the weekend with them at their home. The first night we were there, my daughter was having difficulties falling asleep. Michael prepared her a warm bath and suggested that I give her a bath with the lavender scent baby wash he uses when his son or daughter have difficulty falling asleep. At first I was reluctant, but then to my surprise, Michael's advice worked perfectly. Within minutes she was calm and fell asleep. I was so thankful for Michael because, prior to that night, my daughter was having difficulty falling asleep. I was impressed by his knowledge. It is rare to find a father that is as dedicated and involved with his

children as the mother.  Michael is a wonderful father.  His children and his wife adore him.  It breaks my heart to see this great family in so much pain.

In summary, I hope that my letter can give you some insight to the kind of person that stands before you.  I also hope that when you decide his faith, you can take into consideration the people that Michael is leaving behind.  His wife and children are going to be the real victims in this case.  They will not only physically lose their father and husband, but they will also lose out on parts of their childhood and the wonderful memories that families share together.  I hope that you can also take in consideration the character of this man.  This can be summarized in three words: loving, caring and dedicated.

I hope and pray that this gentleman, Michael Dede, receives some form of leniency.  I plead with you to please allow Michael to be able to be part of his children's lives and not miss out on their most important years. Thank you.

Respectfully submitted,

Isabel Rojas

Consuelo Rivera

Bronx, New York 10458

May 3, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Consuelo Rivera. I have been employed as a Security Guard for the past three years. Prior to this, I worked for several years in the retail industry. I have known Michael almost my entire life. I am writing this letter in reference and in support of my brother-in-law Michael Dede.

I understand that my brother-in-law Michael has been convicted after a jury trial of a felony narcotics charge.

As I previously stated, I have known Michael almost my entire life. I began dating his brother David Dede when we were very young. Michael has always been my role model. He is a great brother and a great father, among many other things. We chose him to be our first-born child's godfather and it was the best decision ever. He has always been there for my son from the first day he was born. Michael is the type of provider that is priceless. The physical and mental input that he has had in our child's life far outweighs any gifts he could have given him. I felt honored when he accepted to baptize my son because he was the only person, aside from my son's father that I felt was a positive role model to help me raise my child. Although I have not baptized my daughter yet and Michael is not her godfather, he has never treated her any different. I always knew that he would always be there for them and that should anything ever happen to their father and me, he would always take care of them as if they were his own. I am absolutely sure about that.

Not having Michael around to provide his children, my children and all the children in our family with love and guidance would be devastating. I hope that you take my letter into consideration when sentencing Michael. Please understand that we miss him and we need him back in our lives as soon as possible.

Respectfully submitted,

Consuelo Rivera
Consuelo Rivera

Iris Rodriguez

Yonkers, New York 10701

April 22, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:  *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Iris Rodriguez.  I am the Order Processing
Supervisor for Arlee Home Fashion (Textile industry) in New York
City.  I have known Michael for almost a decade.  I am writing
this letter in support of Michael in his upcoming sentencing.

I understand that Michael was convicted after a jury trial
of a felony narcotics charge.

I met Michael when Cynthia introduced him to me back in the
year 2000.  My first impression of him was that he was a very
quiet and humble young man.  Most of our discussions were often
related to our families and our occupations.  Michael was always
very loving and helpful towards my family and me.  He is the type
of person you can easily grow close to.  A few years later, I
spent a lot of time with Michael and Cynthia while helping them
plan and celebrate their bridal shower at my home in Yonkers, New
York.  Although some time had passed, Michael was still the same
respectful young man I first met.  During the time I have known
him I have learned that he is a very hard working individual, a
great husband and a superb father to his four children.  He loves
the outdoors and enjoys family time, even if it is someone else's
family.  Michael's easygoing personality allows him to fit right
in.  I have always referred to him as "one in a million."  It
gives me great sadness to know that Michael has been separated
from the things he loves the most and that the family that I once
admire is now faced with this terrible situation.  I am praying
that he will be able to get back to his family and life soon.

I have written this letter to ask that you please take it
into consideration when sentencing Michael.  Thank you for setting
aside time from your busy schedule to read this.

Respectfully submitted,

*Iris Rodriguez*

Iris Rodriguez



**FORDHAM BEDFORD HOUSING CORP.**

March 25, 2008

The Honorable Lewis A Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: United States v. Michael Dede, Case No.: 07 Cr.1015 (LAK)

Dear Judge Kaplan:

My name is Evelyn Colon and I am the Director of Maintenance as well as a Property Manager for the Fordham Bedford Housing Corporation in the Bronx, New York. I have known Michael Dede since he was a child and have been a life long friend of his family. I am writing you this letter in support of Michael during his upcoming sentencing hearing.

I understand Michael has been convicted after a jury trail for felony narcotics charges. More importantly I understand the serious possibility he may face jail time. I write this letter in request of a lenient sentence.

Michael has been part of my life since he was born. As a family friend I have watched him grow up. I have watched him become a wonderful father to his four children, and a wonderful husband to his beautiful wife. Michael has always been a great influence in the community. He has a strong work ethic, and is referred to as a family man by people who know him best.

Please take my letter into consideration while sentencing Michael.

Respectfully submitted,

Evelyn Colon
Evelyn Colon

*A NEIGHBORhood Housing Corporation*

*Marbo Used Auto Parts, Inc.*



DMV # 7076920                5/5/08

RE: U.S. V Michael Dede, Case # 07CRI015 (LAK)

Dear Judge Kaplan,

    My name is Bob Greene, owner of Marbo. Michael worked across the street from us at A.T.I sanitation. He used to come over after work, And help out at the yard, He was always friendly and helpful. He's a very good person, I understand he was convicted of felony drug charges. Please take this letter into consideration when sentencing Michael.

Respectfully your's
Bob Greene

Michelle Alvarado

Orlando, FL 32828

March 25, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

Hello my name is Michelle Alvarado and I am an Administrative Assistant for WellCare in Orlando, Florida. I have known Michael Dede for about eight years. We met through his wife, Cynthia Diaz. The purpose of me writing this letter to you is to support Michael on his upcoming sentencing.

I understand that Michael has been convicted after a jury trial of a felony narcotic charge.

Michael is a great man. He is a good father and husband. I remember when Cynthia first purchased her condo in 2001. Although Michael was not officially moving in with her, they had a house warming party for "their" new home and you could never tell that he wasn't residing there at the time. All of their families, friends and close co-workers attended. Michael was always moving around being attentive to everyone's needs. He worked diligently to make sure that everyone was comfortable, including Cynthia. This is the kind of person that Michael is. He is a loving and concerned person with his family and friends.

I also remember when I purchased my first car from Cynthia. It was a 1991 Acura Integra and at that time I was very nervous because it was my first purchase. However, Michael was very encouraging and supportive throughout the entire process. He recommended a parking garage and played liaison between them and I in an effort to reduce the possibilities of them taking advantage of an inexperienced woman. I parked my car there until I was able to purchase insurance. Michael also taught me what I needed to know about maintaining the car. He made sure that a tune up was done to the car prior to me purchasing it. He even gave me The Club for the steering wheel to protect from theft, as well as air fresheners.

Michael and Cynthia are very close. They do everything together, along with their children. When we worked at Building Management and Michael worked for AJI Industries, I remember watching them sneak ten to fifteen minutes together when he was driving past our

office en route to the dumping grounds. They looked liked teenagers in love. It was truly amazing. Even now, after eight years, their family togetherness is admirable. I was in New York a few months ago and I visited them along with my own children. Michael and Cynthia worked in sync to entertain us and make us feel comfortable. I could see that nothing had changed between them except for one thing, now they were a family in love as opposed to a couple in love. It would really be a shame to see this family pulled apart. They had nothing but love and prosperity ahead of them. This has and will, undoubtedly, tear their families' hearts apart.

Please take my letter into consideration when sentencing Michael. He is a good man and a wonderful father. His family really needs him and he really needs to be with his family. He has put a great deal of work into building his family and his future. Please give him the opportunity to experience the fruits of his labor. Thank you.

Respectfully submitted,

Michelle Alvarado

Maria Nieves

Yonkers, New York 10701

April 22, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     _United States v. Michael Dede_, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Maria Nieves. I am the Office Administrator for GIFTS Software Inc., located in New York City. I was introduced to Michael Dede when he started dating Cynthia Diaz, his current wife, eight years ago. I am writing this letter in support of Michael in his upcoming sentencing.

I understand that Michael was convicted after a jury trial of a felony narcotics charge.

As I previously stated, I met Michael when Cynthia introduced him to my family and I. Throughout the years, I have come to know him as a caring husband, father and person. He has been to our home on numerous occasions to visit or for special events and has always been very helpful in any way that he could. He has always been a very respectful young man to us, our friends, family and strangers alike.

I have always admired Michael for his strong family devotion. Whenever we were together, I would see Michael genuinely attentive to his wife's needs. This became even more apparent when Cynthia became pregnant with their son KD and later with their daughter MD. It was always great to watch Michael doing anything possible to make her comfortable and happy. Once the children were born, they just evolved into a close and loving unit. Michael was not only a great father to his two children with Cynthia, but also to his two teenage children, MD Jr. and Crystal. With all of his children, he was always attentive to their needs and always made sure they had everything they needed. I can still remember meeting CD for the first time. She was

approximately seven years old and she was nearly buried under her father's armpit. He was just as protective over her as she was dependent on him for security.

Within months, when Michael, Cynthia, CD and MDX returned to visit us, they were very relaxed and the happiest family you could ever imagine. The kids spent the day running around with our other nieces and nephews, while we spent more time getting to know one another. Michael worked very hard to help his children feel comfortable around their new extended family, as well as ensuring that we could also feel welcomed into his. As time progressed, we ultimately became that family that both Michael and Cynthia worked towards; one that may not have come together everyday, but when we did, it was like we were never apart.

I am writing this letter to ask that you take my letter into consideration when sentencing Michael. Thank you for taking the time out to read this letter.

Respectfully submitted,

Maria Nieves

Inez Solares

April 28, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Inez Solares. I am a bookkeeper for a Real Estate firm in
Manhattan. I have known Michael Dede for the past Eight years. I meet Michael through
his wife Cynthia.

It is my understanding that Michael Dede was convicted after a jury trial
of a felony narcotics charge.

I have known Michael some would say a short period of time, but I don't
feel that way. I came close with Michael and his family pretty quickly. Michaels brother,
and sisters. David, Maribel and Maria with their families have become an extended
family to me and mine. With the family cook outs and all the family functions that I have
attended with my family and functions that I have given where the Dede family have
attended I grew to know Michael quickly. Most of the family functions were put together
by Michael. Family means more to Michael then anything in this world. With losing his
mother so quickly in his adult life that he made sure that he always had fun with his
family. From vacations, birthdays to just getting together so his family was around him.

Having his family around him and happy made him happy. I remembered
before he and Cynthia got married. Knowing that Cynthia wanted a church wedding and
he who have not been to church in years nor did he do his communion or conformation
and without that he would not be able to marry Cynthia with the wedding of her dreams.
He attended church for the next two years and made his communion and severed his
conformation so that they can be united as one in the name of the Lord.

Michael will put the happiness and benefit of his family before his. With
a new wife and a new child and new chapter in Michael's life, Michael and Cynthia has
welcome Michaels oldest children to live with them because the children would get a
better edition living with them. The Dedes do not live in a big house. They live in a

beautiful two bedroom Condo. Whatever is best for his family matters the most. Michael makes the best of whatever situation that comes his way and at the same time it always works out for the best for him and his family.

      I ask the court to take my letter into consideration in the sentencing of Michael Dede.

      Respectfully submitted,

      Inez Solares

Cynthia Burl

Bronx, NY  10456

March 27, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

> Re:     _United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)_

Dear Judge Kaplan:

I have known Michael Dede for well over twenty-five years and have watched him grow from a little boy into a man.  I have been a family friend for the same time period and I am writing this letter to show my undying support of Michael who I consider to be my family during his upcoming sentence.

I understand that Michael was convicted after a jury trial of a felon narcotics charge.

On June 5, 1992 I, Cynthia Burl, suffered through the tragic death of my younger brother and from that day forward Michael vowed to not replace my brother but to try his best to ensure me that he would be there in his place and after all these years I could not ask for a better little brother than the one I have in Michael.  Michael and I have always been close but losing my brother certified the deal.  Michael has been there for me during many tragic times and has been my shoulder to cry on.  During the good times Michael would be the first to volunteer to pick up "chocolate" since I do not drive and with me and him in the car there would be nothing short of non stop jokes.  He repeatedly expressed how proud he was of me when I began college and after I graduated.  His incarceration has deprived me of having that someone I can always depend on not only during my time of need but when I am in need of a sincere, honest person to have heart to heart conversations with.

This letter I am writing I ask you to take into serious consideration in sentencing Michael.

Respectfully submitted,

_Cynthia Burl_

Cynthia Burl

Katty Martinez


May 2, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Katty Martinez and I work as a Procurement Coordinator for J. Walter Thompson, an advertising agency. I have known Michael Dede for over ten years. I am writing this letter in support of Michael in his upcoming sentencing.

I understand that Michael was convicted after a jury trial of felony narcotics charge. I am writing this letter in hopes of helping Michael obtain the most lenient sentence possible.

I would like to tell the court a personal story about Michael, a great father, husband, brother, son and friend. I was at the Baby Shower for his wife, Cynthia, when she was pregnant with their daughter, Mia Dede. It had been some time since I had seen them both, but Michael did not act any differently towards me. Instead, he showed me sincere gratitude for coming and celebrating with them. He was a great host. He was very attentive to his wife, family and friends and he always kept a smile on his face. Michael knows very well how to treat people and make them feel like they are part of the family. Michael is very respectful and easy to talk to. He has always made me feel comfortable.

Men like Michael are not easy to come by. His long-term incarceration will break many hearts. Michael has had a positive influence on the lives of his wife, sons, daughters, family and friends. The thought of not having him around builds a knot in my throat. Michael has come a very long way. He has never put anyone down and has only helped those around him. Sending him away will only cause hardship and distress to his family and friends.

I ask that the Court please take this letter into consideration in sentencing Michael and help a good man to move on with his life. Thank you.

Respectfully submitted,

Katty Martinez

# Elizabeth Robles

Bronx, New York 10461

April 10, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     _United States v. Michael Dede_, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name Elizabeth Robles and I am currently a Client Representative at Transcontinental Credit & Collection Corp. I am writing this letter in support of Michael Dede.

I am aware that Michael was convicted after a jury trial of a felony narcotics charge.

Although as a child I grew up on the same block as Michael, I did not meet him then. I met Michael through my good friend Cynthia eight years ago. I have known Cynthia for over fifteen years. Since the day that I met Michael, he has always demonstrated that his top priorities are his wife and children. He simply adores them. It breaks my heart to think that their family has been separated. They are a very close knit family.

In the years that I have known Michael, he has always been more than kind and considerate to me and my family. His mother-in-law rents an apartment from my father-in-law. Therefore, I have had the opportunity to witness firsthand, the family man at work. There have been many times when he has stopped in the middle of running in or out to drop-off or pick up his son to talk to my eight year old son Isaiah. He always made time to give him attention and talk to him about school and what was going on in my son's life. Even if he only stopped to say hello or to compliment my son's haircut, Michael always made time for him. He has also been very supportive to me in times of need. I have found Michael to be someone I can talk to about life and relationships. He has always offered me unbiased advice. He always told me the truth, whether it was something I wanted to hear or not. I remember going over to Cynthia and Michael's house for a girl's night and I spent almost two hours talking with Michael and getting advice from him during a very trying time in my life. I will be forever thankful for the support and advice he gave me.

Michael, his wife and children are always together.  I remember always thinking what a wonderful family they have.  Michael's wife and children are very dependent on him and have been accustomed to doing everything together.  I cannot begin to imagine the effect that his incarceration has and will continue to have on their family, especially his children.  It is sad to see children grow up without their fathers these days. It is heartbreaking to know this will happen to his children when they have one of the best role models and loving fathers in the world.

I ask that you will please take this letter into consideration when sentencing Michael. Please know that what you have read is the truth and is from my heart.

Respectfully submitted,

*Elizabeth Robles*

Elizabeth Robles

# Elmarie Quiñones

**Bronx, NY 10472**

March 21, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    *United States v. Michael Dede*, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Elmarie Quiñones and I understand that Michael Dede was convicted after a jury trial of a felony narcotics charge.

I have known Michael's wife Cynthia Dede for approximately fifteen (15) years. We grew up in the same neighborhood and then ventured into our own life's path, years later I had the pleasure of attending Michael and Cynthia's wedding. The sincerity of the wedding, the look of love on both their faces and the happiness to start a life together will be forever engraved in my mind. Michael's incarceration will impact the family greatly and will deprive his children of a father. Michael's children will be raised without a paternal figure and Cynthia will be without a husband therefore, any extended time without their father/husband would be detrimental for the family.

Please take this letter into consideration when sentencing Michael Dede.

Respectfully submitted,

Elmarie Quiñones

# Brenda Fernandez

Hackensack, NJ 07601

March 15, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**Re:**   **_United States v. Michael Dede_, Case No.: 07 Cr. 1015 (LAK)**

Dear Judge Kaplan:

My name is Brenda Fernandez.  I am a very close friend of Michael Dede and his family.  I am writing this letter in support of Michael in his upcoming sentencing.  I have been a Manager for Vornado Realty trust, one of the city's largest real estate investment firms for over eight years.  I am also the proud mother of two wonderful, academically successful sons, ages 15 and 11.

I completely understand that Michael was convicted after a jury trial of a felony narcotics charge.  It is not my intent to argue or dispute the conviction, but to respectfully request the Court to impose the most lenient sentence possible for Michael.

I first met Michael when he began dating his wife Cynthia in 1990.  Cynthia and I have been the best of friends since high school.  I will never fail to remember how pleased I was that Cynthia met someone filled with integrity, honesty, compassion, and loyalty; just to name a few traits of this truly unique man, Michael Dede.  Michael has proven to be a remarkable and dedicated husband and father, not to mention the manner in which he is always there to lend a helping hand to those outside of his immediate family circle.  There have been countless times that Michael has come to my family's rescue in a moment's notice.  Whether it was to repair a mechanical issue with my vehicle or simply help out with home improvement projects, Michael would indubitably be there.

As the mother of two adolescent boys living during a time where it is so easy for children to take the wrong path in life, I am very selective about who my children are around and who they consider to be role models. I could always count on Michael to help steer my boys in the right direction, stressing the importance of listening and obeying Mom, studying hard, doing well in school, and being the best they could be to achieve in life. He has truly been a blessing in many lives.

Michael and Cynthia are raising their two children, ages 3 and 6 months together. Michael also has two other children, ages 17 and 15, from a prior relationship which he has a solid connection with. Michael represents the world to his children. He plays an active role in all of their lives. It is nothing short of common to see Michael involved in some type of activity with his wife and children. Family togetherness is something he takes pride in. Planning outings with his family and friends is Michael's specialty. He is the foundation of their family. It would be damaging to tear him away from his wife and children. His six month old baby deserves to get the chance to know this selfless, compassionate man, also known as her Daddy.

I am requesting that the court please take my letter into consideration in sentencing Michael.

Respectfully submitted,

Brenda Fernandez

Mileana Juarbe

Bronx, NY 10469

April 23, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:   United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Mileana Juarbe. I am an Office Assistant in a small Building Management Organization in the Bronx. I met Michael Dede through his wife Cynthia Diaz, who was my co-worker. I have known Michael for over four years. Michael is a nice and respectable person. Those are two of the many reasons why I am writing this letter in support of him and his upcoming sentencing.

I am very well aware that Michael was convicted after a jury trial of a felony narcotics charge. I write this letter in support Michael because he is a great person to everyone that is around him.

My family and I have been to many of Cynthia and Michael's family functions and we have always been treated with love and respect by Michael and his family. There is much to say about what type of person Michael is, too much to say in one paragraph. Everyone that is around Michael has a good time, because he always makes you feel like part of the family. Michael is a very good, kind and caring person. For example, he went to my son's birthday party to drop off a gift even though his kids could not attend. His wife had recently given birth to their daughter ᴺᴰ and their son ⱪ·ᴼ was sick. His gesture exemplified the type of person that he is. Even though his kids could not attend my son's birthday festivities, he made sure that we knew that he and his family were thinking of us. The gift was a very cute clothing outfit, but the gesture was worth so much more.

Please consider this letter in support of Michael Dede. His incarceration will have a major impact not only on Michael but on his wife, his two teenage kids and his two smaller children. It will also affect the lives of his family and close friends. So please, please take this letter into consideration when sentencing Michael and may it help reduce the time that he will spend away from his family and friends.

Respectfully submitted,

Mileana Juarbe

FELIX LOPEZ, JR.

NEW YORK, NEW YORK 10034


May 06, 2008


The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

  Re:  <u>United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)</u>

Dear Judge Kaplan:

  My name is Felix Lopez, Jr. and I worked for the New York City Police Department from August 1998, until I retired in October 2007 due to an injury I suffered on the job. I began my career as a Police Officer (Shield No. 30508, Tax No. 922665) with the NYPD at Police Service Area #5 in East Harlem from April 1999 to October 2004. In October 2004, I was promoted to Detective (Shield No. 4621), working at Brooklyn South Narcotics. I was relocated to Bronx Narcotics in May 2005, where I remained until my retirement in October 31, 2007. I am writing this letter in support of Michael Dede in his upcoming sentencing.

  I understand that Michael was convicted after a jury trial of one felony count of conspiracy to distribute narcotics.

  I have known Michael and his family since 2001. I met him and his wife Cynthia through my ex-girlfriend, Brenda Fernandez. She and Cynthia have been friends since high school. Upon meeting Michael, he and I hit it off immediately. He is a very mellow and welcoming individual that was always nice to see. I have participated in many of his family celebrations and they joined us in many of our own gatherings. We would often get together with other friends for game nights that Brenda and I would host. We always had a great time, as it gave everyone an opportunity to get together and catch up on times in the midst of very busy schedules. Michael was always someone everyone was able to get along with. Michael would blend right in with my longtime friends and me.

  I met Michael prior to him and Cynthia having children. What I always admired about him the most was that although he had started a new chapter in his life with Cynthia, his

children were a permanent part of their relationship. He would bring his son Michael and his daughter Crystal along whenever possible. While I do not have children, Brenda had children of her own and I knew how important it was to incorporate children from past relationships in new unions. I always admired how well Michael had managed to make that happen with Cynthia. Unless you knew them personally and you knew their history, you could never tell how they had come together. Later, Michael and Cynthia had their first son Kyle. It was refreshing to see how they all fit together perfectly; one big happy family. Three years later, Mia was born, lucky to be in the type of loving family many children dream of having.

Michael and I often spoke about our relationships, work and our plans for the future. Michael always had dreams and he always managed to share his plans for the future with me while also eagerly listening to my own plans. Discussions with Michael were always enlightening. You often run out of interesting things to talk about with your everyday buddies, especially when they share in many of the same day-to-day experiences. Speaking with Michael always gave me the opportunity to see things from another perspective. He seemed to have that effect on many people. I always looked forward to the day we would be able to look back on those discussions of our future plans and admire the way we had succeeded.

Unfortunately, things do not always turn out as planned. I was hurt on the job and have had to look into alternative plans. Michael has also experienced a major event in his life that has altered his plans for the immediate future. However, neither situation has to permanently erase our hopes and dreams for the future. I am fortunate to be in a position where I am still in control of my future. However, Michael has not been as fortunate. I am writing this letter to ask that you please take my letter into consideration when sentencing Michael and please give him the lightest sentence possible. This will enable Michael to rebuild his life and begin building new dreams and goals for the future upon release. Thank you.

Respectfully submitted,

Felix Lopez, Jr.

Lola Cabassa

Bronx, New York 10468

April 19, 2008

The Honorable Lewis A. Kaplan
United States Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    United States v. Michael Dede, Case No.: 07 Cr. 1015 (LAK)

Dear Judge Kaplan:

My name is Lola Cabassa. I am currently employed at The Kimberly Hotel located in New York. I am writing on behalf of my friend of 15 years Michael Dede. This letter is to support Michael in his upcoming sentencing.

I am fully aware that Michael was convicted after a jury found him guilty of one felony narcotics charge.

What can I say about Michael? Michael is a great friend, a wonderful father and a supportive husband. He is a family man that is always with his wife and four children. He is what I consider rare because he is a good man, a hard worker and a man that makes sure the needs of his family members are always met. Michael is always caring and never selfish in his deeds. In the years that I have known Michael, he has always shown a great deal of love and respect to his family and friends. I could sit and write a ton of good things about Michael. I know that his incarceration has had a major impact on his wife and children. His wife Cynthia has gone from having her husband, father of her children and constant support system by her side, to becoming the working mother of two small children supporting her family by herself. Michael's two oldest children went from having a father who was always there when they wanted and needed him, to wishing Dad could be there again. His baby girl may be too young to understand what is going on, but his youngest son is not too young to realize that his Daddy, which he is used to seeing everyday, is no longer there. This is a very close family and I know that they miss Michael very much.

I ask the Court to please take this letter into consideration when sentencing Michael Dede. We look forward to having him back in our daily lives real soon.

Respectfully submitted,

*Lola Cabassa*

Lola Cabassa