UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
          -against-                      :
                                         : 07-Cr-1015 (LAK)
MICHAEL DEDE,                            :
                                         :
                    Defendant.           :
                                         :
--------------------------------------x


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 12th day of May 2008, I caused to be served via Electronic Filing a true copy of Defendant Michael Dede's Memorandum In Support of A Sentence Not to Exceed the Mandatory Minimum, with exhibits, on Assistant United States Attorneys Todd Blanche and John Hillebrecht.

Dated: New York, New York
       May 13, 2008

                                              _____
                                              LIAM C. EWING, JR.