Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court
### Southern District of New York

United States of America
v.
Michael Dede

Docket No.: 07-CR-1015 (LAK)

Hon. Lewis A. Kaplan
(District Court Judge)

Notice is hereby given that __Michael Dede__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____
(specify)

entered in this action on __June 2, 2008__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date __June 4, 2008__

TO

Todd Blanche
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Howard R. Birnbach, Esq.
(Counsel for Appellant)
Address ~~111 Great Neck Road, Suite 413~~
Great Neck, New York 11021
Telephone Number: 516-829-6305

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDING FOR WHICH TRANSCRIPT REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of    Dates<br>[ ] Prepare proceedings<br>[✓] Trial  2/13/2008, 2/14/2008, 2/19/2008, 2/20/2008 & 2/21/2<br>[ ] Sentencing<br>[ ] Post-trial proceedings |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment.  (Firm check)  Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    DATE  June 4, 2008

---

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA
FORM A REV. 8-