Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

USA v. Michael Dede

Docket No.: 07-cr-1015 (LAK)

Hon. Lewis A. Kaplan
(District Court Judge)

Notice is hereby given that **Michael Dede** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ___ ] _____
(specify)

entered in this action on June 2, 2008
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date: June 16, 2008

TO:
Todd Blanche
AUSA
One St. Andrew's Plaza
NY, NY 10007

William H. Devaney
(Counsel for Appellant)

Address: 1270 Ave, of the Americas, 25th Floor
NY, NY 10020

Telephone Number: 212.307.5500

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[✓] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE: /s/ William H. Devaney   DATE: June 16, 2008

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

FILED U.S. DC
JUN 16 2008
S.D. OF N.Y.

## EXPLANATION TO QUESTIONNAIRE

We will not be ordering any transcripts as we are moving to be relieved as counsel for this appeal. The client is in the process of retaining private counsel for his appeal to the Second Circuit, and that counsel will obtain any transcripts.