UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MICHAEL DEDE,

                Movant,

         -against-                                   10 Civ. 7913 (LAK)
                                                     [07 Crim. 1015 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall submit to chambers a copy of Detective Gergley's testimony before the grand jury, which is referred to in movant's papers but has not been provided by either side.

        SO ORDERED.

Dated:     July 13, 2011

                                                         Lewis A. Kaplan
                                               United States District Judge