IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Petitioner,

vs.                                      Docket No.: 07-1015(LAK)

MICHAEL DEDE,

        Defendant.
_____/

ORDER ON RELEASE OF PERSONAL
ASSURANCE BOND REQUIREMENTS

This cause having come before the Court upon Cynthia Diaz' motion for Release of (DI 54), no objection having been filed, Personal Assurance Bond Requirements and having been advised of its premises it is hereby;

ORDERED that Cynthia Diaz' motion for Release of Personal Assurance Bond Requirements is GRANTED.

DONE AND ORDERED this _19th_ day of ~~September~~ November 2011.

_____
Lewis A. Kaplan
United States District Judge

Copies to:    Cynthia Diaz, 219 Bronx River Road, Apt # 3-H, Yonkers, NY 10704
                 AUSA Todd Blanche, One St. Andrew's Plaza, New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/29/11